# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: WILLIAM DAVID MILLSAPS
6:06-Bk-3372

_____

WILLIAM DAVID MILLSAPS,

                    Appellant,

-vs-                                                    Case No.  6:07-cv-1354-Orl-31

MARIJA ARNJAS,

                    Appellee.

_____

## ORDER

This matter comes before the Court on the Motion to Strike Appellee's Brief (Doc. 15) filed by the Appellant, William David Millsaps ("Millsaps").  Millsaps contends that Appellee has raised issues in her brief that were not raised below and has failed to properly cite to the record in support of her contentions.  (Doc. 15 at 2-3).  However, Millsaps has failed to identify any of these allegedly newly raised issues or unsupported arguments for the Court to consider.  Vague allegations that one party has not obeyed the rules are not enough to warrant striking a brief.

In consideration of the foregoing, it is hereby **ORDERED AND ADJUDGED** that the Motion to Strike Appellee's Brief (Doc. 15) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 12, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party