**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: WILLIAM DAVID MILLSAPS**
**6:06-Bk-3372**

**WILLIAM DAVID MILLSAPS,**

          **Appellant,**

-vs-                                           **Case No. 6:07-cv-1354-Orl-31**

**MARIJA ARNJAS,**

          **Appellee.**

## ORDER

This matter comes before the Court on the Motion for Rehearing (Doc. 18) filed by the Appellant, William David Millsaps ("Millsaps"). Millsaps seeks reconsideration of this Court's order denying his motion to strike the Appellee's brief. However, the motion for reconsideration fails, just as the original motion did, to identify any of the newly raised issues or unsupported arguments that allegedly justify striking of the Appellee's brief. Instead, Millsaps simply reiterates the arguments made in his original motion and adds 10 pages of argument about the merits of the underlying dispute (as opposed to the limited issue of whether the Appellee's brief should be

stricken).  In consideration of the foregoing, it is hereby **ORDERED AND ADJUDGED** that the

Motion for Rehearing (Doc. 18) filed by the Appellant, William David Millsaps is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 2, 2008.

                                      GREGORY A. PRESNELL
                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party