**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: WILLIAM DAVID MILLSAPS**
**6:06-Bk-3372**

------------------------------------------------

**WILLIAM DAVID MILLSAPS,**

                **Appellant,**

**-vs-**                                                  **Case No.  6:07-cv-1354-Orl-31**

**MARIJA ARNJAS,**

                **Appellee.**

------------------------------------------------

# ORDER

This cause came on for consideration without oral argument on the following motion:

> **MOTION:** MOTION FOR RECONSIDERATION/REHEARING (Doc. No. 27)
>
> **FILED:** February 27, 2008
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.  A pending appeal of a non-final order, such as the one the Appellant is now attempting to appeal, does not divest the district court of jurisdiction to determine the merits of the underlying dispute.  *See* 28 U.S.C. § 1292.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 26, 2008.

*[signature]*
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE